IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| STEVE TRONSGARD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>FBL FINANCIAL GROUP, INC.;<br>FARM BUREAU FINANCIAL SERVICES;<br>FARM BUREAU PROPERTY & CASUALTY INS. CO.;<br>FARM BUREAU LIFE INSURANCE;<br>FBL MARKETING SERVICES, LLC; AND<br>WESTERN AGRICULTURAL INSURANCE COMPANY,<br><br>Defendants. | Case No. 17-cv-02393-CM-KGG |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4., I, Brian P. Baggott of the firm of Dentons US LLC, respectfully move this Court to allow Paul Swinton to be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only, on behalf of Defendants FBL Financial Group, Inc., Farm Bureau Financial Services, Farm Bureau Property & Casualty Ins. Co., Farm Bureau Life Insurance, FBL Marketing Services, LLC, and Western Agricultural Insurance Company (together "FBL" or "Defendants").

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and will submit a proposed order granting this motion.  I have also verified that the information contained in the affidavit is true and accurate.

104594441

Dated: September 18, 2017                     Respectfully submitted,

                                                    DENTONS US LLP

                                                    By   /s/ Brian P. Baggott

| | |
|---|---|
| Brian P. Baggott | D. Kan. No. 17082 |
| Gregory T. Wolf | KS Bar No. 26287 |
| Wade P.K. Carr | KS Bar No. 26287 |
| Samantha J. Wenger | KS Bar No. 26287 |

4520 Main Street, Suite 1100
Kansas City, Missouri 64111
816-460-2400 - Telephone
816-531-7545 - Facsimile
brian.baggott@dentons.com
gregory.wolf@dentons.com
wade.carr@dentons.com
samantha.wenger@dentons.com

Paul Swinton (*pro hac vice* forthcoming)
Parker & McNeill, P.L.L.C.
5400 University Avenue
West Des Moines, Iowa 50266
515-225-5659 - Telephone
515-453-3324 - Facsimile
pswinton@fbfs.com

*ATTORNEYS FOR DEFENDANTS*
*FBL Financial Group, Inc.*
*FBL Marketing Services, LLC*
*Farm Bureau Financial Services*
*Farm Bureau Property & Casualty Ins. Co.*
*Farm Bureau Life Insurance*
*Western Agricultural Insurance Company*

104594441

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of September 2017, the foregoing was served utilizing this Court's CM/ECF system, which sends notification to the following counsel of record:

**REBEIN BROTHERS**
TRIAL LAWYERS
810 Frontview, P.O. Box 1147
Dodge City, Kansas 67801
620.227.8126
Aaron@rbr3.com
David@rbr3.com

*Attorneys for Plaintiffs*

                                              /s/ *Brian P. Baggott*
                                              Attorney for Defendant

104594441