IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| STEVE TRONSGARD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br>v.<br><br>FBL FINANCIAL GROUP, INC.;<br>FARM BUREAU FINANCIAL SERVICES;<br>FARM BUREAU PROPERTY & CASUALTY INS. CO.;<br>FARM BUREAU LIFE INSURANCE;<br>FBL MARKETING SERVICES, LLC; AND<br>WESTERN AGRICULTURAL INSURANCE COMPANY,<br>        Defendants. | Case No. 17-cv-02393-CM-KGG |

## MOTION FOR ADMISSION *PRO HAC VICE*

  Pursuant to D. Kan. Rule 83.5.4., I, Brian P. Baggott of the firm of Dentons US LLP, respectfully move this Court to allow Adam S. Johnson to be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only, on behalf of Defendants FBL Financial Group, Inc., Farm Bureau Property & Casualty Ins. Co., Farm Bureau Life Insurance, FBL Marketing Services, LLC, and Western Agricultural Insurance Company (together "FBL" or "Defendants").

  I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

  Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

105122520

Dated: September 19, 2017

Respectfully submitted,

DENTONS US LLP

By   /s/ Brian P. Baggott
    Brian P. Baggott     D. Kan. No. 26364
    Gregory T. Wolf     KS Bar No. 17372
    Wade P.K. Carr     KS Bar No. 25105
    Samantha J. Wenger     KS Bar No. 25322
    Adam S. Johnson (*pro hac vice* forthcoming)
    4520 Main Street, Suite 1100
    Kansas City, Missouri 64111
    816-460-2400 - Telephone
    816-531-7545 - Facsimile
    brian.baggott@dentons.com
    gregory.wolf@dentons.com
    wade.carr@dentons.com
    samantha.wenger@dentons.com
    adam.johnson@dentons.com

    Paul Swinton (Admitted *pro hac vice*)
    Parker & McNeill, P.L.L.C.
    5400 University Avenue
    West Des Moines, Iowa 50266
    515-225-5659 - Telephone
    515-453-3324 - Facsimile
    pswinton@fbfs.com

    *ATTORNEYS FOR DEFENDANTS*
    *FBL Financial Group, Inc.*
    *FBL Marketing Services, LLC*
    *Farm Bureau Property & Casualty Ins. Co.*
    *Farm Bureau Life Insurance*
    *Western Agricultural Insurance Company*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of September 2017, the foregoing was served utilizing this Court's CM/ECF system, which sends notification to the following counsel of record:

| | |
|---|---|
| Aaron L. Kite | Rex A. Sharp |
| David J. Rebein | Ryan C. Hudson |
| REBEIN BROTHERS | REX A. SHARP, P.A. |
| TRIAL LAWYERS | 5301 W. 75th Street |
| 810 Frontview, P.O. Box 1147 | Prairie Village, KS 66208 |
| Dodge City, Kansas 67801 | (913) 901-0505 |
| 620.227.8126 | (913) 901-0419 fax |
| Aaron@rbr3.com | rsharp@midwest-law.com |
| David@rbr3.com | rhudson@midwest-law.com |

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　／s/ *Brian P. Baggott*
　　　　　　　　　　　　　　　　Attorney for Defendant

3

105122520