**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | |
|---|---|
| STEVE TRONSGARD & MEDBOR CHAVEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FBL FINANCIAL GROUP, INC.; FARM BUREAU PROPERTY & CASUALTY INS. CO.; FARM BUREAU LIFE INSURANCE; and WESTERN AGRICULTURAL INSURANCE COMPANY,<br>　　　　　　　　　Defendants. | Case No. 17-cv-02393-DDC-KGG |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

Defendants FBL Financial Group, Inc.; Farm Bureau Property & Casualty Ins. Co.; Farm Bureau Life Insurance; and Western Agricultural Insurance Company (collectively, "Farm Bureau" or "Defendants"), hereby moves for dismissal with prejudice of the First Amended Class Action Complaint (the "Complaint") filed by Plaintiffs Steve Tronsgard and Medbor Chavez, individually and on behalf of all others similarly situated (the "Plaintiffs"), pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).  Pursuant to D. Kan. Rule 7.1(a), a legal memorandum with points and authority in support of this motion is filed concurrently herewith.

Dated: November 3, 2017                    Respectfully submitted,

                                           DENTONS US LLP


                                   By      /s/ Brian P. Baggott
                                           Brian P. Baggott          KS Bar No. 26364
                                           Gregory T. Wolf           KS Bar No. 17372
                                           Wade P.K. Carr            KS Bar No. 25105
                                           Samantha J. Wenger        KS Bar No. 25322
                                           4520 Main Street, Suite 1100
                                           Kansas City, Missouri 64111-7700
                                           816-460-2400 - Telephone
                                           816-531-7545 - Facsimile
                                           brian.baggott@dentons.com
                                           gregory.wolf@dentons.com
                                           wade.carr@dentons.com
                                           samantha.wenger@dentons.com

                                           Adam S. Johnson (Admitted *pro hac vice*)
                                           One Metropolitan Square
                                           211 North Broadway, Suite 3000
                                           St. Louis, MO 63102-2741
                                           314-241-1800
                                           314-259-5959
                                           adam.johnson@dentons.com

                                           Paul Swinton (Admitted *pro hac vice*)
                                           Parker & McNeill, P.L.L.C.
                                           5400 University Avenue
                                           West Des Moines, Iowa 50266
                                           515-225-5659 - Telephone
                                           515-453-3324 - Facsimile
                                           pswinton@fbfs.com

                                           *ATTORNEYS FOR DEFENDANTS*
                                           *FBL Financial Group, Inc.*
                                           *Farm Bureau Property & Casualty Ins. Co.*
                                           *Farm Bureau Life Insurance; and*
                                           *Western Agricultural Insurance Company*

105486242

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of November, 2017, the foregoing was served utilizing this Court's CM/ECF system, which sends notification to the following counsel of record:

Aaron L. Kite                               Rex A. Sharp
David J. Rebein                             Ryan C. Hudson
REBEIN BROTHERS  TRIAL LAWYERS              Larkin Walsh
810 Frontview                               REX. A. SHARP, P.A.
P.O. Box 1147                               5301 W. 75th Street
Dodge City, Kansas 67801                    Prairie Village, KS 66208
620-227-8126 - Telephone                    913-901-0505 - Telephone
Aaron@rbr3.com                              913-901-0419 - Facsimile
David@rbr3.com                              rsharp@midwest-law.com
                                            rhudson@midwest-law.com
                                            lwalsh@midwest-law.com

Paul ("Pablo") H. Mose
Mose Law LLC
3111 Strong Avenue
Kansas City, Kansas 66106
913-432-4484 - Telephone
913-432-4464 - Facsimie
pablo@moselaw.com

*Attorneys for Plaintiff*

_____/s/ *Brian P. Baggott*_____
Attorney for Defendants