UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MEDBOR CHAVEZ, individually and on behalf of
all others similarly situated,

Plaintiffs,

v.                                          Case No. 17-2393-DDC

FBL FINANCIAL GROUP, INC., et al.,

Defendants.

## SECOND AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 97) to amend the scheduling order

filed on May 10, 2018 (ECF No. 70). For good cause shown, the motion is granted and the

scheduling order is amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS | |
| --- | --- |
| Event | Deadline/Setting |
| All discovery completed | December 27, 2019 |
| Class-certification experts disclosed by plaintiff | February 19, 2019 |
| Class-certification experts disclosed by defendant | April 1, 2019 |
| Class-certification rebuttal experts disclosed | May 14, 2019 |
| Merits experts disclosed by plaintiff | August 9, 2019 |

O:\SchedulingOrders\17-2393-DDC-2ASO-97.docx

| | |
|---|---|
| Merits experts disclosed by defendant | September 20, 2019 |
| Merits rebuttal experts disclosed | October 25, 2019 |
| Deadline for plaintiff to file amended complaint (no additional motion required) | November 30, 2018 |
| All other potentially dispositive motions (e.g., summary judgment) and motions challenging admissibility of expert testimony | January 28, 2020 |
| Class-certification motion | February 19, 2019 |
| Class-certification response | April 1, 2019 |
| Class-certification reply | May 14, 2019 |
| Pretrial conference | January 15, 2020, at 9:00 a.m. |
| Proposed pretrial order | January 6, 2020 |

All other provisions of the original and amended scheduling order shall remain in effect. The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated November 15, 2018, at Kansas City, Kansas.

 s/James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

O:\SchedulingOrders\17-2393-DDC-2ASO-97.docx